UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DAVIS, an individual, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>SOCIAL SERVICE COORDINATORS, INC., a Florida corporation; SOCIAL SERVICES COORDINATORS, LLC, and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. 1:10-CV-02372-OWW-SKO<br><br>STIPULATION AND ORDER RE DISCOVERY DISPUTE |

## STIPULATION

AND NOW come Social Service Coordinators, Inc. f/k/a Social Service Coordinators, Inc. ("SSC") and Plaintiff Lisa Davis ("Plaintiff") and, through their respective counsel, submit this Stipulation in connection with their discovery dispute as follows:

1. On January 26, 2012, Plaintiff requested that SSC engage in an informal conference with Judge Oberto to address Plaintiff's concerns with SSC's discovery responses.

2. On February 9, 2012, the parties submitted informal discovery dispute briefs outlining their respective positions in preparation for the conference with Judge Oberto.

3. On February 24, 2012, the parties participated in a telephonic conference before Judge Oberto to address Plaintiff's concerns with SSC's discovery responses.

4. As part of resolving the discovery dispute, SSC will provide Plaintiff the following information on or before March 9, 2012:

  (a) a list of all position titles SSC classified/classifies as exempt at any time beginning three years before the filing of the original complaint in this action and through the time of the response; and

  (b) last known contact information for individuals previously identified by SSC in response to Plaintiff's Special Interrogatory 1, who are no longer employed by SSC.

5. Plaintiff is then required to serve any additional discovery requests pertaining to Phase 1 - Class Certification discovery on or before March 14, 2012.

6. In turn, SSC will provide responses and/or objections to Plaintiff's additional discovery requests on or before April 3, 2012.

7. The remaining deadlines for Phase 1 - Class Certification remain intact unless otherwise stated herein.

8. Nothing in this Stipulation is meant to alter or waive the agreements or understandings reached at the February 24, 2012 telephonic hearing.

9. Nothing in this Stipulation shall preclude or waive any party's ability to serve any appropriate additional discovery, make any appropriate or good-faith objections thereto, or to involve the Court in the event of a dispute that cannot be resolved first among the parties.

| | |
|---|---|
| */s/ Alex M. Tomasevic* | */s/ Erin J. McLaughlin* |
| Alex M. Tomasevic | George Basara (PA 41811) |
| Atomasevic@nblaw.org | george.basara@bipc.com |
| Craig M. Nicholas | Erin J. McLaughlin (PA 202044) |
| cnicholas@nblaw.org | erin.mclaughlin@bipc.com |
| 225 Broadway, 19th Floor | Christian C. Antkowiak (PA 209231) |
| San Diego, CA 92101 | christian.antkowiak@bipc.com |
| Phone: 619-235-0492 | |
| Fax: 619-325-0496 | BUCHANAN INGERSOLL & ROONEY PC |
| | One Oxford Centre |

| | |
|---|---|
| Richardson Craig Griswold<br>Griswold Law<br>rgriswold@griswoldlawsandiego.com<br>101 N. Acacia Avenue, Suite 120<br>Solana Beach, CA  92075<br>Phone:  858-481-1300<br>Fax:  888-624-9177<br><br>*Attorneys for Plaintiff* | 301 Grant Street, 20th Floor<br>Pittsburgh, PA  15219-1410<br>Phone:  (412) 562-8800<br>Fax:  (412) 562-1041<br><br>*Attorneys for Social Service Coordinators, LLC,*<br>*f/k/a Social Service Coordinators, Inc.* |

**ORDER**

IT IS SO ORDERED.

Dated:   **February 29, 2012**              **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE