# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DAVIS, | CASE NO. 1:10-cv-02372-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER ON DEFENDANTS' MOTION TO STRIKE** |
| | (Doc. 60.) |
| SOCIAL SERVICE COORDINATORS, INC., et al., | |
| Defendants. | |

On April 30, 2012, Plaintiff Lisa Davis ("Plaintiff") filed a Motion to Certify Class. (Doc. 47.) On May 31, 2012, Defendants Social Service Coordinators, Inc. and Social Service Coordinators, LLC (collectively, "Defendants") filed an opposition to Plaintiff's motion. (Doc. 51.) On June 15, 2012, Plaintiff filed a reply to Defendants' opposition brief. (Doc. 59.) On June 21, 2012, Defendants filed a motion to strike portions of Plaintiff's reply brief. (Doc. 60.)

Defendants' motion to strike shall be construed as objections to Plaintiff's reply brief. Plaintiff may file a statement of opposition to Defendants' objections. Although Defendants have filed their objections to Plaintiff's reply brief as a motion to strike and have noticed the motion for August 1, 2012, such a hearing date has little utility because Plaintiff's motion is set to be heard on July 18, 2012.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to strike shall be construed as objections to Plaintiff's reply brief;
2. Plaintiff may file a response to Defendants' objections **on or before June 29, 2012**;
3. **No further briefing shall be filed by the parties in relation to Plaintiff's motion to certify a class without prior leave of the court**; and
4. Defendants' objections to Plaintiff's reply brief and any response by Plaintiff will be considered in conjunction with the motion to certify a class, currently set to be heard on July 18, 2012.

IT IS SO ORDERED.

**Dated:   June 26, 2012**              /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE

2