# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>SOCIAL SERVICE COORDINATORS, INC., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-02372-LJO-SKO<br><br>**ORDER WITHDRAWING AUGUST 28, 2012, FINDINGS AND RECOMMENDATIONS**<br><br>**(Doc. 68)**<br><br>**ORDER PERMITTING DEFENDANTS TO FILE A RESPONSE OR AN OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MOTION FOR CONDITIONAL CLASS CERTIFICATION**<br><br>**(Doc. 69)** |

On April 30, 2012, Plaintiff filed a motion to conditionally certify a class pursuant to the Fair Labor Standards Act ("FLSA"). (Doc. 47.) Defendants filed an opposition on May 31, 2012 (Doc. 51), and Plaintiff filed a reply brief on June 15, 2012 (Doc. 59). A hearing on Plaintiff's motion was held on July 18, 2012, and Findings and Recommendations ("F&Rs") were issued on August 28, 2012, recommending to the District Court that Plaintiff's motion be denied without prejudice. (Doc. 68.) The F&Rs provided Plaintiff an opportunity to supplement her motion during the objection period and indicated to the parties that, if such a supplement was filed, the current F&Rs would be withdrawn and reconsidered. (Doc. 68.)

1        On September 17, 2012, Plaintiff filed a supplement to her motion to certify a conditional
2 class pursuant to the FLSA. (Doc. 69.) Accordingly, the August 28, 2012, F&Rs shall be
3 withdrawn, and Defendants will be permitted an opportunity to oppose or respond to Plaintiff's
4 supplemental motion. In any opposition filed, Defendants are free to address Plaintiff's supplemental
5 motion as well as the withdrawn August 28, 2012, F&Rs.

6        Plaintiff's original motion and supporting documentation and Defendants' May 31, 2012,
7 opposition to that motion shall stand, and shall be considered along with any opposition to the
8 supplemental motion Defendants elect to file.

9        **Alternatively, the parties may stipulate to providing notice to the proposed class in**
10 **Plaintiff's supplemental motion, and request a conference with the Court to negotiate the form**
11 **and content of the notice.**

12        Accordingly, IT IS HEREBY ORDERED that:

13    1.    The August 28, 2012, Findings and Recommendations are WITHDRAWN;

14    2.    Defendants may file a supplemental response or opposition to Plaintiff's
15          supplemental motion **on or before September 28, 2012;**

16    3.    **On or before October 5, 2012**, Plaintiff may file a reply to any response or
17          opposition filed by Defendants;

18    4.    No further briefing shall be permitted absent prior leave of the Court; and

19    5.    To the extent the parties are unwilling to stipulate to notice to the class proposed in
20          Plaintiff's supplemental motion, the undersigned will issue new Findings and
21          Recommendations based on the parties' original and additional briefing, to which the
22          parties will be afforded an opportunity to object once the F&Rs are pending before
23          District Judge O'Neill.

IT IS SO ORDERED.

**Dated:   September 18, 2012**              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE

2