# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DAVIS, et al. | CASE NO. 1:10-cv-02372-LJO-SKO |
| Plaintiffs, | |
| v. | **ORDER SETTING SCHEDULING CONFERENCE FOR APRIL 11, 2013** |
| SOCIAL SERVICE COORDINATORS, INC., et al., | |
| Defendants. | |

The supplemental class notice period shall end on March 29, 2013. Accordingly, a scheduling conference will be held on **Wednesday, April 10, 2013, at 9:30 a.m. (Pacific Time)** in Courtroom 7. The parties are to review the original order setting a mandatory scheduling conference (Doc. 5, Exh. A) and, using the guidelines set forth therein, meet and confer telephonically to prepare a proposed schedule of the remaining deadlines in the case including deadlines and dates for merits-based discovery, expert disclosures and discovery, non-dispositive motions, dispositive motions, a pre-trial conference, and a trial date.

Any proposed deadline for the filing of dispositive motions shall be **at least 6 weeks prior** to the dispositive motion **hearin**g deadline. The proposed **hearing** deadline for any dispositive

motions **shall be at least 6 weeks prior** to the date proposed for a pre-trial conference.  The pre-trial conference **shall take place at least 6 weeks prior** to the proposed trial date.  The parties' meet and confer may occur at a mutually convenient date, but in any event, by **no later than April 3, 2013**.  The joint scheduling report shall be filed by the parties by **no later than April 3, 2013**.

Telephonic appearances for the scheduling conference are APPROVED and ENCOURAGED.  The joint scheduling report should indicate in the caption whether counsel will appear telephonically.  All parties appearing telephonically shall coordinate one conference call to the Court at (559) 499-5790 at the time and date for the conference.

IT IS SO ORDERED.

**Dated:   March 7, 2013**                         /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE