# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DAVIS, and individual, and on behalf of all others similarly situated, | Case No. 1:10-cv-02372-LJO-SKO |
| Plaintiffs, | **ORDER GRANTING STIPULATED REQUEST TO SEAL DOCUMENTS** |
| v. | (Doc. 125, 126) |
| SOCIAL SERVICE COORDINATORS, INC., et al., | |
| Defendants. | |

On July 23, 2013, the parties filed a stipulated request to seal 6 documents previously filed and publicly available on the docket. The parties indicate that a term was used in each of the filings that inaccurately describes Defendant's business and has caused the following unintended consequences: (1) Defendant's business practices are under investigation; (2) several of Defendant's accounts have been frozen during the investigation; and (3) Defendant is in jeopardy of losing its current contracts and its ability to be awarded future contracts with its clients. (Doc. 125, p. 3.)

Additionally, the parties filed a stipulated request that redacted versions of the Second Amended Complaint and Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant SSC's Motion to Change Venue ("Opposition"), attached as exhibits B and C to the

1  stipulated request, be deemed filed.

2      The Court finds that there is a compelling reason to seal the documents at docket numbers 1, 6, 12, 14, 27, and 123. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Further, the redacted versions of Plaintiffs' Second Amended Complaint and Plaintiffs' Opposition, filed as exhibits B and C to docket number 126, shall be deemed filed pursuant to the parties' request.

    Accordingly, IT IS HEREBY ORDERD that:

1. The parties' stipulated request to seal the documents at docket numbers 1, 6, 12, 14, 27, and 123 is GRANTED;

2. Plaintiffs' redacted Second Amended Complaint and Opposition to Defendant's motion to change venue are DEEMED filed; and

3. The Clerk of the Court is DIRECTED to seal docket numbers 1, 6, 12, 14, 27, and 123.

IT IS SO ORDERED.

Dated:   **July 24, 2013**          **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE